UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID LOPEZ MAYRENA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT OFFICE DIRECTOR,<br><br>　　　　　Defendant. | CASE NO. 2:24-cv-00479-DGE-SKV<br><br>ORDER DISMISSING WITH PREJUDICE AND DECLINING REPORT AND RECOMMENDATION (DKT. NO. 12) |

　　　This matter comes before the Court on the Honorable S. Kate Vaughan, United States Magistrate Judge's Report and Recommendation (Dkt. No. 12) and Respondent United States Immigration and Customs Enforcement Field Office Director's Notice of Change in Custody Status.  (Dkt. No. 13.)

　　　On May 10, 2024, Petitioner's petition was filed with the Court.  (Dkt. No. 7.)  Petitioner argued his continued detention beyond the 90-day removal period allowed under 8 U.S.C. § 1231(a)(1)(A) violated his Fifth Amendment due process rights.  (*Id*. at 1–2.)

ORDER DISMISSING WITH PREJUDICE AND DECLINING REPORT AND RECOMMENDATION (DKT. NO. 12) - 1

Petitioner requested the Court order either that he be removed to Nicaragua or that he be released from detention. (*Id.* at 3.) On "August 22, 2024, Petitioner was removed from the United States to Nicaragua." (Dkt. No. 14 at 2.) As such, this matter is MOOT.

The Court DISMISSES with prejudice Petitioner's habeas petition and DECLINES to adopt the Honorable S. Kate Vaughan, United States Magistrate Judge's Report and Recommendation.

IT IS SO ORDERED.

Dated this 16th day of September, 2024.

David G. Estudillo
United States District Judge